**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19CR00082 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| -vs- | : | |
| LARRELL HAZZARD, | : | **DEFENDANT'S MOTION FOR AN ORDER TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| Defendant. | : | |

Defendant Larrell Hazzard, moves the Court, pursuant to Rule 49.4 of the Local Criminal Rules, for an Order to file his Sentencing Memorandum under seal. The reason for request is the Sentencing Memorandum and supporting documents expected to be attached contain sensitive information that should not be disclosed to the public. As such, Mr. Hazzard requests the Court enter an Order directing that his Sentencing Memorandum and supporting documents be filed under seal.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928

    */s/CAROLYN M. KUCHARSKI*
    Assistant Federal Public Defender
    Ohio Bar: 0062119
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    (216) 522-4856 Fax: (216) 522-4321
    e-mail address: carolyn_kucharski@fd.org